**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LEXAN MCDOWELL,                              :
                                            :
    Plaintiff,                          :
                                            :
v.                                          :   Case No.:
                                            :
iCALLIDUS, INC.,                            :
                                            :
    Defendant.                          :
                                            :

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and Local Rule 103.5, Defendant iCallidus, Inc. ("Defendant") files this Notice of Removal and states as follows:

**INTRODUCTION**

1.      On August 15, 2022, Plaintiff Lexan McDowell ("Plaintiff") filed the Complaint in the Circuit Court for Montgomery County, Maryland, styled as *Lexan McDowell v. iCallidus, Inc.*, Case Number C-15-CV-22-002976 (the "Civil Action"). A copy of the Summons and Complaint in the Civil Action is attached hereto as **Exhibit A.**

2.      As set forth in the Complaint, Plaintiff seeks a total of $615,906.33 in damages, based on Plaintiff's request for actual, statutory, and punitive damages, and other relief, in her claims against Defendant under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, *et seq*. and the Equal Pay Act, 29 U.S.C. § 206(d). The Complaint does not allege any state law claims.

3.      Plaintiff, through its registered agent, was served in the Civil Action on November 8, 2022.

4.      The following process, pleadings, documents and orders were served upon Defendant in the Civil Action:

- Plaintiff's Complaint filed in the Circuit Court for Montgomery County, Maryland on August 15, 2022, attached hereto as **Exhibit A**;

- Plaintiff's Right to Sue Letter, attached to her Complaint and attached hereto as **Exhibit B**;

- Summons to Defendant in the Civil Action issued by the Circuit Court for Montgomery County, Maryland and attached hereto as **Exhibit C**;

- Notice of New Case Number in the Civil Action issued by the Circuit Court for Montgomery County, Maryland and attached hereto as **Exhibit D**;

- Scheduling Order – Track 3 in the Civil Action issued by the Circuit Court for Montgomery County, Maryland and attached hereto as **Exhibit E**;

- Order for Mandatory Pretrial Hearing – Civil Track 3, issued by the Circuit Court for Montgomery County, Maryland and attached hereto as **Exhibit F**; and

- Circuit Court Notice of Removal, attached hereto as **Exhibit G**.

5. This Notice of Removal will be filed promptly in the Circuit Court for Montgomery County, Maryland and served upon Plaintiff.

6. Within thirty (30) days after filing this Notice of Removal, Defendant shall file true and legible copies of all other documents filed in state court in accordance with Local Rule 103.5(a) and will file a certification that all filings in state court have been filed with this Court.

### BASIS FOR REMOVAL

I. **Removal is Proper because This Civil Action is Founded on a Claim or Right Arising under the Laws of the United States.**

7. The Civil Action is removable to this Court pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) as Plaintiff's causes of action constitute a federal question arising under the laws of the United States, specifically Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, *et seq*. ("Title VII") and the Equal Pay Act, 29 U.S.C. § 206(d) ("EPA").

2

8.      Plaintiff alleges that during her employment with Defendant, Plaintiff violated Title VII and the EPA by allegedly discriminating against her based on race and sex.  *See* Complaint, at pp. 1-2.

9.      Plaintiff does not allege any state law claims.

10.     Accordingly, this matter presents a federal question(s) and removal is appropriate under 28 U.S.C. § 1331.

**II.      Defendant Has Satisfied the Procedural Requirements for Removal to this Court.**

11.     Plaintiff filed the Complaint on August 15, 2022.

12.     Defendant was served via its registered agent with the Summons and Complaint in this action on November 8, 2022.

13.     Defendant did not file an Answer or otherwise respond to the Complaint in the Civil Action.

14.     This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b)(1) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.").

15.     This action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending," pursuant to 28 U.S.C. § 1441(a).

16.     As such, the prerequisites for removal have been satisfied.

WHEREFORE, Defendant respectfully gives notice that the above-captioned Civil Action pending in the Circuit Court for Montgomery County, Maryland is removed to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and Local Rule 103.5.

Dated: December 8, 2022

**SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.**

By:      /s/ Gregory D. Grant
Gregory D. Grant, Esq., Bar No. 13942
Anna R. Margolis, Esq., Bar No. 21708
12505 Park Potomac Avenue
6th Floor
Potomac, Maryland 20854
Telephone:    (301) 230-5200
Facsimile:    (301) 230-2891
ggrant@shulmanrogers.com
amargolis@shulmanrogers.com
*Counsel for Defendant iCallidus, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Defendant's Notice of Removal and Defendant's Civil Cover Sheet was served by first class mail, postage prepaid on December 8, 2022, to:


Lexan McDowell
10113 Towhee Ave
Adelphi, MD 20783


<div align="center" style="margin-left:50%">

/s/ Gregory D. Grant
Gregory D. Grant

</div>